RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Antwone Demario Fleming

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ANTWONE DEMARIO FLEMING,<br><br>        Defendant. | Case No. 2:18-cr-056-APG-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Kevin Douglas Schiff, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Antwone Demario Fleming, that the Sentencing Hearing currently scheduled on June 11, 2019 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than July 3, 2019.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to review the presentence investigation report with Mr. Fleming as he has some outstanding questions.

2. Additionally, time is needed to confer with Mr. Fleming's state defense attorney regarding his related pending state case. Defense counsel will request revisions to the presentence investigation report based on an anticipated future hearing on July 3, 2019, in the state matter.

3. The defendant is in custody and does not oppose a continuance.

4. The parties agree to the continuance.

This is the first request for a continuance of the sentencing hearing.

DATED this 4th day of June, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Kevin Douglas Schiff*<br>By_____<br>KEVIN DOUGLAS SCHIFF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTWONE DEMARIO FLEMING,<br><br>    Defendant. | Case No. 2:18-cr-056-APG-VCF<br><br>**<u>ORDER</u>** |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Tuesday, June 11, 2019 at 10:30 a.m., be vacated and continued to <u>Wednesday, July 10, 2019</u> at the hour of <u>9:30 a.m.</u> in Courtroom 6C.

DATED this <u>4th</u> day of June, 2019.

_____
UNITED STATES DISTRICT JUDGE