Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
September 21, 2022

Name of Offender: **Antwone Demario Fleming**

Case Number:  **2:18CR00056**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **July 17, 2019**

Original Offense: **Felon in Possession of a Firearm**

Original Sentence: **65 Months prison, followed by 36 Months TSR.**

Anticipated Date of Supervision Commencement: **October 14, 2022**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 120 days. You must follow the rules and regulations of the center.

## CAUSE

Antwone Demario Fleming was sentenced on July 17, 2019, to a term of 65 months imprisonment to run concurrent with the Eight Judicial District Court Case C-18-330651-1 followed by three (3) years of supervised release for the offense of Felon in Possession of a Firearm, a Class C Felony. Fleming is scheduled to be released from custody on October 10, 2022.

At this time, Fleming does not have a viable residence in the District of Nevada. As such, the undersigned officer respectfully requests that Fleming's conditions be modified to include up to one-hundred and twenty (120) days public law placement at the Residential Reentry Center. This

RE: Antwone Demario Fleming

Prob12B
D/NV Form
Rev. June 2014

will afford Fleming the opportunity to obtain perspective housing and avoid imminent homelessness.

Fleming is in agreement with this modification as evident by his signature on the attached Waiver of Hearing to Modify Conditions of Supervised Release (Prob 49). Should the Court have any questions or need further information, the probation office will be available at the Court's discretion.

Respectfully submitted,

*BrianaCasey*
Digitally signed by Briana Casey
Date: 2022.09.22 09:22:53 -07'00'

Briana Casey
United States Probation Officer Assistant

Approved:

*Joy Gab*
Digitally signed by Joy Gabonia
Date: 2022.09.22 09:20:17 -07'00'

Joy Gabonia
Supervisory United States Probation Officer

---

## THE COURT ORDERS

☐  No Action.

☐  The extension of supervision as noted above.

☑  The modification of conditions as noted above

☐  Other (please include Judicial Officer instructions below):

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

_____
Signature of Judicial Officer

September 23, 2022
Date