RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Antwone Demario Fleming

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTWONE DEMARIO FLEMING,<br><br>        Defendant. | Case No. 2:18-cr-00056-APG-VCF<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(First Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Steven Rose, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Antwone Demario Fleming, that the Revocation Hearing currently scheduled on January 23, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

      This Stipulation is entered into for the following reasons:

      1.    The parties have reached a tentative proposed resolution of this matter. The parties would like to give the defendant 90 days to come into compliance with the terms of his supervised release. If the defendant is successful in that time and sustains no additional violations, the parties will recommend dismissal of the petition without prejudice.

2. The parties therefore seek to continue the revocation hearing by 90 days.

3. Mr. Fleming's probation officer is also in agreement with the proposed resolution and the continuance.

4. The defendant is out of custody and does not oppose the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the revocation hearing.

DATED this 17th day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Joy Chen<br>JOY CHEN<br>Assistant Federal Public Defender | By /s/ Steven Rose<br>STEVEN ROSE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>ANTWONE DEMARIO FLEMING,<br><br>      Defendant. | Case No. 2:18-cr-00056-APG-VCF<br><br>**ORDER** |

     IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 23, 2024 at 9:30 a.m., be vacated and continued to April 30, 2024 at the hour of 9:30 a.m. in Courtroom 6C.

     DATED this 18th day of January, 2024.

                                                          UNITED STATES DISTRICT JUDGE